```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                         WESTERN DIVISION
```

IN RE: ROBERT JOSEPH TREINEN JR )
)
WASHINGTON MUTUAL BANK, )
      Creditor, )
  vs. ) CASE NO. 05B74499
) JUDGE MANUEL BARBOSA
ROBERT JOSEPH TREINEN JR, )
      Debtor )

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes Washington Mutual Bank, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the April 1, 2007 contractual payment and all those thereafter.

2. The following is an itemization of the amount due on the loan as of February 20, 2007.

    a. Attorney's Fees            $250.00

    b. Late Charges               $510.50

    c. Additional Attorney Fees   $325.00

    Total                         **$1,085.50**

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, Washington Mutual Bank rights to collect these amounts will remain unaffected.

                                   Respectfully Submitted,
                                   Washington Mutual Bank

                                   <u>/s/Christopher M. Brown</u>
                                   Christopher M. Brown
                                   ARDC#6271138

                                   Pierce and Associates, P.C.
                                   1 North Dearborn Street, Ste. 1300
                                   Chicago, Illinois 60602
                                   (312)346-9088