# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  ROBERT J. TREINEN, JR.                                     Case Number: 05-74499
266 BRIAR CLIFF STREET, SW
POPLAR GROVE, IL  61065                SSN-xxx-xx-5144

|  |  |  |
|---|---|---|
|  | Case filed on: | 9/1/2005 |
|  | Plan Confirmed on: | 11/22/2006 |

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $25,799.96          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | OSTLING & ASSOCIATES | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | ROBERT J. TREINEN, JR. | 0.00 | 0.00 | 20.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 20.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | GMAC | 3,475.00 | 3,475.00 | 3,475.00 | 517.88 |
| 002 | WELLS FARGO BANK N.A. | 2,892.05 | 2,892.05 | 2,892.05 | 0.00 |
|  | Total Secured | 6,367.05 | 6,367.05 | 6,367.05 | 517.88 |
|  |  |  |  |  |  |
| 001 | GMAC | 562.35 | 562.35 | 221.63 | 0.00 |
| 003 | ASSOCIATED IMAGING SPECIALISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | BARIX CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | BARIX CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BREAULT PHYSICAL THERAPY | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE BANK (USA) NA | 1,328.28 | 1,328.28 | 502.57 | 0.00 |
| 008 | CAPITAL ONE BANK (USA) NA | 1,867.01 | 1,867.01 | 706.82 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 1,339.02 | 1,339.02 | 506.65 | 0.00 |
| 010 | CHASE BANK USA NA | 5,967.74 | 5,967.74 | 2,262.46 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 6,824.04 | 6,824.04 | 2,587.10 | 0.00 |
| 012 | DISCOVER FINANCIAL SERVICES | 4,521.47 | 4,521.47 | 1,714.16 | 0.00 |
| 013 | JEFFERSON CAPITAL SYSTEMS, LLC | 6,557.14 | 6,557.14 | 2,485.92 | 0.00 |
| 014 | MARQUETTE GENERAL | 74.80 | 74.80 | 29.48 | 0.00 |
| 015 | ORTHOPEDIC & SPINE SURGERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PATRICK CONNOR, MD, SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | RICHARD W. SMITH | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD ASSOCIATED PATHOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 2.84 | 2.84 | 0.00 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY INC | 913.40 | 913.40 | 346.29 | 0.00 |
| 027 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | ROCKFORD ORTHOPEDIC APPLIANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | SEARS BANKRUPTCY RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | MUTUAL MANAGEMENT SERVICES | 451.00 | 451.00 | 170.98 | 0.00 |
| 031 | MUTUAL MANAGEMENT SERVICES | 1,770.10 | 1,770.10 | 671.07 | 0.00 |
| 032 | ROUNDUP FUNDING LLC | 4,535.22 | 4,535.22 | 1,719.37 | 0.00 |
| 033 | THOMPSON EDUCATION DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | UIC CLINICS | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | WEDAD KHEDR | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | WEDAD KHEDR | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | CREDITORS PROTECTION SERVICE, INC | 832.19 | 832.19 | 327.98 | 0.00 |
| 038 | CLARK SHIH DC | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | CREDITORS PROTECTION SERVICE, INC | 365.12 | 365.12 | 143.90 | 0.00 |
| 040 | ROCKFORD MERCANTILE AGENCY INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | NORTHWEST SUBURBAN COMM HOSPITAL | 933.47 | 933.47 | 367.90 | 0.00 |
| 042 | LVNV FUNDING LLC | 2,360.26 | 2,360.26 | 894.82 | 0.00 |
|  | Total Unsecured | 41,205.45 | 41,205.45 | 15,659.10 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 49,272.50 | 49,272.50 | 23,746.15 | 517.88 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Total Paid Claimant:        $24,264.03
Trustee Allowance:          $1,535.93
Percent Paid Unsecured:        38.00

     Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    _/s/ Lydia S. Meyer_____
    Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009       By _/s/Heather M. Fagan